# EXHIBIT C

Case 2:19-cv-11699-GCS-APP   ECF No. 1-4   filed 06/07/19   PageID.20   Page 2 of 2

6/6/2019                                                              https://cmspublic.3rdcc.org/CaseDetail.aspx?CaseID=3757056

Skip to Main Content Logout My Account Search Menu New Case Search Refine Search  Back    Location : Non-Criminal Cases   Images   Web Access Instruction Manual

# REGISTER OF ACTIONS
## CASE NO. 19-006707-CD

### PARTY INFORMATION

|  |  | Lead Attorneys |
|---|---|---|
| Defendant | Beaumont Health | Regan K. Dahle<br>*Retained*<br>(734) 213-3268(W) |
| Plaintiff | Foglia, Kimberly | Nanette L. Cortese<br>*Retained*<br>(248) 593-6933(W) |

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 05/07/2019 | **Complaint, Filed** |
| 05/07/2019 | **Service Review Scheduled** |
| 05/07/2019 | **Status Conference Scheduled** |
| 05/07/2019 | **Case Filing and Jury Trial Fee - Paid** |
| 05/31/2019 | **Service of Complaint, filed** |
| 05/31/2019 | **Proof of Service, Filed** |
| 06/03/2019 | **Appearance of Attorney, Filed** |
| 06/03/2019 | **Proof of Service, Filed** |
| 08/06/2019 | **Status Conference** (8:00 AM) (Judicial Officer Groner, David A.) |

### FINANCIAL INFORMATION

**Plaintiff** Foglia, Kimberly
Total Financial Assessment                                              260.00
Total Payments and Credits                                              260.00
**Balance Due as of 06/06/2019**                                        **0.00**

| | | | | |
|---|---|---|---|---|
| 05/07/2019 | Transaction Assessment | | | 260.00 |
| 05/07/2019 | eFiling | Receipt # 2019-38159 | The Cortese Law Firm, PLC | (260.00) |